**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| CrossCountry Freight Solutions, Inc., )<br>) **ORDER FOR MID-DISCOVERY**<br>Plaintiff,          )  **STATUS CONFERENCE**<br>)<br>v.                       )<br>)<br>JW Logistics Operations, LLC,  )<br>a/k/a JW Logistics, LLC,            )<br>)  Case No. 1:24-cv-00055<br>Defendant.   ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on December 6, 2024, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 3rd day of June, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court