IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| CrossCountry Freight Solutions, Inc., | ) | |
| | ) | **AMENDED ORDER FOR MID-** |
| Plaintiff, | ) | **DISCOVERY STATUS CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| JW Logistics Operations, LLC, | ) | |
| a/k/a JW Logistics, LLC, | ) | |
| | ) | Case No. 1:24-cv-055 |
| Defendant. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on December 6, 2024, at 9:00 AM by telephone before the magistrate judge by telephone.  To participate in the conference, the parties shall call (571) 353-2301 and enter access code 292466149.  The conference may be recorded for the convenience of the court.

Dated this 30th day of September, 2024.

>　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
>　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
>　　　　　　　　　　　　　　　　United States District Court